

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| RAYMUNDO CARRANZA, | § | No. 08-16-00298-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00299) |
| | § | |

**O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued January 31, 2017. The appeal is therefore reinstated, and the Reporter's Record is due March 4, 2017.

IT IS SO ORDERED this 2nd day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.